

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*C. Scott Crabtree*
**C. Scott Crabtree**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, COLORADO<br><br>1100 Judicial Center Drive<br>Brighton, CO  80601 | **EFILED Document – District Court**<br>**CO Adams County District Court 17th JD**<br>**2011CV290**<br>**Filing Date: Mar 22 2011  9:29AM MDT**<br>**Transaction ID: 36605484** |
| Plaintiff:  LILIANA ROY<br><br>v.<br><br>Defendant:  AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | ▲ COURT USE ONLY ▲<br>Case Number: 2011cv290<br>Div.: C |

### ORDER

THIS MATTER, coming before the Court on Defendant American Bankers Insurance Company of Florida's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and the Court being fully advised in the premises,

HEREBY GRANTS Defendant American Bankers Insurance Company of Florida an extension of time of up to and including April 4, 2011, in which to answer or otherwise respond to the Complaint.

DONE this ___ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

1330520v.1

This document constitutes a ruling of the court and should be treated as such.

|                          |                                      |
|-------------------------:|--------------------------------------|
| **Court:**               | CO Adams County District Court 17th JD |
| **Judge:**               | Charles Scott Crabtree               |
| **File & Serve Transaction ID:** | 36572351                     |
| **Current Date:**        | Mar 22, 2011                         |
| **Case Number:**         | 2011CV290                            |
| **Case Name:**           | ROY, LILIANA vs. AM BANKERS INS CO OF FL |
| **Court Authorizer:**    | Charles Scott Crabtree               |

**/s/ Judge Charles Scott Crabtree**