IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00818-RPM

LILIANA ROY,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

THIS MATTER, coming before the Court on Plaintiff Liliana Roy and Defendant American Bankers Insurance Company of Florida's Stipulated Motion for Dismissal With Prejudice, and the Court being fully advised in the premises,

HEREBY DISMISSES this entire action, with prejudice, each party to bear its own costs and attorney fees.

DONE this 2nd day of June, 2011.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge